Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR19-210 RAJ |
|---|---|
| Plaintiff, | |
| v. | ORDER EXTENDING TIME FOR THE UNITED STATES TO FILE ITS RESPONSE TO DEFENDANT JOANN THOMAS'S MOTION IN LIMINE |
| ALLAN B. THOMAS and JOANN E. THOMAS, | |
| Defendants. | |

THE COURT, having considered the unopposed Stipulated Motion Extending Time for the United States to File its Response to Defendant JOANN E. THOMAS's Motion in Limine, hereby

ORDERS that the Stipulated Motion (Dkt. # 64) is GRANTED. The United States' Response to Defendant Joann Thomas's Motion in Limine is due no later than October 15, 2021.

DATED this 13th day of October, 2021.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER EXTENDING TIME TO FILE RESPONSE
TO DEFENDANT JOANN THOMAS'S MOTION IN LIMINE - 1
*U.S. v. Allan B. Thomas and Joann E. Thomas*, CR19-210 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970