Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | No. 2:19-cr-00210-RAJ |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO EXTEND REPORTING DATE BY DEFENDANT JOANN THOMAS |
| JOANN E. THOMAS, | |
| Defendant. | |

Joann Thomas, through counsel, Terrence Kellogg, having moved the Court for entry of an order extending the time for self-surrender reporting, the Court having considered the non-opposition by the government, and being familiar with the records and files in this matter, therefore does

ORDER that the motion (Dkt. 176) is GRANTED. The time within which Joann Thomas is to report shall be extended to require that she report as designated no sooner than April 14, 2023.

DATED this 3rd day of February, 2023.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge