Judge Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br> v. <br><br> JOANN E. THOMAS, <br><br> Defendant. | No. 2:19-cr-00210-RAJ <br><br> ORDER GRANTING SECOND MOTION TO EXTEND REPORTING DATE BY DEFENDANT JOANN THOMAS |

Defendant Joann Thomas, through counsel, Terrence Kellogg, having moved the Court for entry of a second Order extending the time for self-surrender reporting, the Court having considered the motion, and being familiar with the records and files in this matter, and there being no opposition filed by the Government, therefore does HEREBY

ORDER that the motion (Dkt. 191) is GRANTED. The time within which Defendant Joann Thomas is to report shall be extended to require that she report as designated no sooner than May 31, 2023.

DATED this 24th day of March, 2023.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING SECOND MOTION
TO CONTINUE SELF REPORTING DATE
2:19-cr-00210-RAJ - 1