UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOANN E. THOMAS,<br><br>Defendant. | No. CR19-210RAJ<br><br>ORDER GRANTING LEAVE TO DEFENDANT JOANN THOMAS TO FILE SUPPLEMENTAL MEMORANDUM RE: FORFEITURE AND RESTITUTION |

Joann Thomas, through counsel, Terrence Kellogg, having moved the Court for entry of an Order granting leave to file a supplemental memorandum of authority re: forfeiture and restitution, the Court having considered the response by the government, if any, and being familiar with the records and files in this matter, therefore does HEREBY

ORDERED defendant Joann Thomas is granted leave to file the Supplemental Memorandum of Authority regarding forfeiture and restitution attached as Exhibit 1 to the Motion for Leave.

DATED this 3rd day of April, 2023.

_Richard A. Jones_
HON. RICHARD A. JONES
United States District Judge

ORDER GRANTING LEAVE TO FILE SUPPLEMENTAL
MEMORANDUM RE: FORFEITURE AND RESTITUTION
CR19-210RAJ - 1

TERRENCE KELLOGG
P.O. BOX 633
PORT TOWNSEND, WASHINGTON 98368
(206) 491-9003