Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOANN E. THOMAS,<br><br>Defendant. | No. 2:19-cr-00210-RAJ<br><br>ORDER EXTENDING<br>JOANN E. THOMAS' REPORT<br>DATE TO COMMENCE SENTENCE |

Defendant Joann E. Thomas, through counsel, Terrence Kellogg, and the United States of America, through Assistant United States Attorneys Andrew Friedman and Justin Arnold, based upon the medical condition of Allan B. Thomas and the rescheduling of his necessary significant surgery to May 25, 2023, together with the necessary subsequent eight weeks' recovery time during which he requires the assistance and care of his wife, Defendant Joann E. Thomas, agree to the Court's entry of the following:

The Court, being familiar with the records and files in this matter, for the reasons set forth at a hearing conducted on May 9, 2023, hereby GRANTS Defendant Joann E. Thomas' oral motion to extend her self-surrender date.

The Court ORDERS that Joann E. Thomas' self-surrender date in which to report to the Bureau of Prisons to commence serving her sentence is extended to July 25, 2023.

DATED this 16th day of May, 2023.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

Approved for Entry:
s/ *John Henry Browne by Terrence Kellogg*
Terrence Kellogg, WSBA # 6452
Attorney for Joann Thomas
P.O. Box 366
Port Townsend. WA. 98368
E-Mail: terrykellogg@gmail.com

Approved for Entry:

NICHOLAS W. BROWN
United States Attorney


s/ *Andrew C. Friedman*
s/ *Justin W. Arnol*d
ANDREW C. FRIEDMAN
JUSTIN W. ARNOLD

United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Telephone: (206) 553 7970
E-Mail:   Andrew.Friedman@usdoj.gov
              Justin.Arnold@usdoj.gov