Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOANN E. THOMAS,<br><br>Defendant. | No.  2:19-cr-00210-RAJ<br><br>ORDER ON MOTION FOR REDUCED SENTENCE UNDER 18 U.S.C. § 3582(c)(2) and AMENDMENT 821 |

In May of 2022, a jury in this district found Defendant Joann Thomas guilty of fifteen criminal offenses, specifically: Conspiracy (1 count), Mail Fraud (4 counts), Wire Fraud (4 counts), Aggravated Identity Theft (2 counts), and Money Laundering (4 counts).  Dkt. 223.  The defendant timely filed a direct appeal, which currently is pending before the Ninth Circuit Court of Appeals.  *United States v. Joann Thomas*, Nos. 23-935 & 23-30002.

The law in the Ninth Circuit is abundantly clear that a district court is divested of jurisdiction once a notice of appeal has been filed from the original sentence.  *See United States v. Ortega-Lopez,* 988 F.2d 70 (9th Cir. 1993).

///

///

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Notwithstanding this determination, the defendant is ineligible for any reduction.  This Court has reviewed the Government's Opposition to Motion for Reduced Sentence (Dkt. 240) and it accurately states the law.  This Court thus adopts that analysis and **DENIES** the defendant's motion.

DATED this 5th day of February, 2024.

_____

The Honorable Richard A. Jones
United States District Judge

ORDER ON MOTION FOR REDUCED SENTENCE
UNDER 18 U.S.C. § 3582(c)(2) and AMENDMENT 821
2:19-cr-00210-RAJ - 2